IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAY CHRIS MOBLEY,

    Plaintiff,

v.        CASE NO. 5:11-cv-203-RS-GRJ

BAY COUNTY COMMISSIONERS, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 7). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

**ORDERED** on January 27, 2012.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**